IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BILL JONES,** | : | No. 22-CV-01654 |
| **Plaintiff,** | : | |
| v. | : | |
| **DAVID MILSTEEN et al.,** | : | |
| **Defendants.** | : | Judge Sylvia H. Rambo |

# ORDER

**AND NOW**, this 27th day of July 2023, in accordance with the accompanying memorandum, **IT IS HEREBY ORDERED** that Defendants' motion to dismiss (Doc. 7) is granted in part as follows: Defendant Swatara Township Police Department is **DISMISSED** from this action without prejudice to Plaintiff's right to file an amended complaint within 21 days of this order. The motion is denied in all other respects.

*/s/ Sylvia H. Rambo*
SYLVIA H. RAMBO
United States District Judge